No. 55, Misc. BAYLESS *v.* MISSOURI ET AL. Supreme Court of Missouri. Certiorari denied.

No. 58, Misc. POE *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 59, Misc. PENNSYLVANIA EX REL. DUGAN *v.* DAY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 62, Misc. IN RE KAQUATOSH. Supreme Court of Wisconsin. Certiorari denied. *Jack J. Schumacher* for petitioner. *Vernon W. Thomson,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, filed a brief in opposition to the petition.

No. 63, Misc. DAVIS *v.* GRAHAM, WARDEN. Supreme Court of Utah. Certiorari denied.

No. 64, Misc. McCARTHY *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 67, Misc. STRICKLAND *v.* W. HORACE WILLIAMS Co., INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 70, Misc. JACKSON *v.* CLINE & CHAMBERS COAL Co. ET AL. Court of Appeals of Kentucky. Certiorari denied.

No. 72, Misc. MURPHY *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department, and County Court of Kings County, New York. Certiorari denied.